**Exhibit A to the Complaint**

**Location:** Porter Ranch, CA  **IP Address:** 76.50.188.187
**Total Works Infringed:** 33  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: FDF2C8AE50747F233C8E1FAA401D78348A23859C<br>File Hash: 48E442C8FA37BF89F5E8CDB35711F41AB038DEC68E2CBDF7E1F50BFF6228F8AF | 12/16/2024 02:18:53 | Tushy | 05/11/2018 | 05/24/2018 | PA0002101379 |
| 2 | Info Hash: 050511E544A94851EDE7195D2AEE4D38A1102E4D<br>File Hash: DC4563E3B6ED3B0430999D1C4AF87781C5743A85D800AD1BC19ED5185A4D2AEC | 12/16/2024 01:54:33 | Tushy | 06/15/2018 | 07/14/2018 | PA0002128159 |
| 3 | Info Hash: 10CAC7BEF305D5EE84A7AF0479CC93F72D62733F<br>File Hash: D23D6713FD7CDFCA1AB313FB14979ACE515EB843F7786A06A7D313FC7FC02813 | 12/08/2024 06:56:06 | Tushy | 11/24/2024 | 12/13/2024 | PA0002506272 |
| 4 | Info Hash: F37884A4E84145380EA4F3D70820CB9BC4A8761A<br>File Hash: 74BD5D84B9F38B4789729415FDF7C81FAA8157D1EEDA3F06AFDB6A86827B365A | 12/08/2024 01:31:03 | Vixen | 11/08/2024 | 11/18/2024 | PA0002500853 |
| 5 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 12/07/2024 23:38:08 | Vixen | 06/28/2019 | 08/27/2019 | PA0002213233 |
| 6 | Info Hash: ED4B327986FE079B55604C1632EC7BB074C3965E<br>File Hash: A01EA329E7D4096F5F8C256BB5FB5DBFF7E8C82CEA630F0BCDEA8E790E71FB8D | 12/07/2024 23:22:41 | Tushy | 11/10/2024 | 11/18/2024 | PA0002500921 |
| 7 | Info Hash: DEB44DEF34F1AA83B0500B27FCF98F2551B2FCEA<br>File Hash: C39A9EC99C7C978A48AC643A2488BFA7C3D69750C424A83DC861616E9A001381 | 12/07/2024 22:21:21 | Tushy | 12/01/2024 | 12/13/2024 | PA0002506317 |
| 8 | Info Hash: DC8BB82F5B392573C584F8D21F62C7F7D0F6A0E8<br>File Hash: 42C0334CE4EEA77E0B5CB5E3C8F88117A4215AE8A4972B8F4B8D41B2F8C5186A | 10/13/2024 04:33:06 | TushyRaw | 05/21/2024 | 06/18/2024 | PA0002476915 |
| 9 | Info Hash: D41F89A25AF395B0005111D3B91145D8FB5186D2<br>File Hash: C7BE26C6B2C549E1195CE9B94FB4A69B056BD8309C2490A4AB19EE5DBD07BFF5 | 10/13/2024 04:31:13 | TushyRaw | 07/09/2024 | 07/16/2024 | PA0002480606 |
| 10 | Info Hash: AC4EAB78E34A5BFB935E4F613EC19A41223EB84C<br>File Hash: 9F720EECB78BC50158D488B0CAD9EAF19D068A2685EF82FEB60E15B38FD4A2F6 | 10/13/2024 04:12:36 | TushyRaw | 08/27/2024 | 09/18/2024 | PA0002490456 |
| 11 | Info Hash: ACD43E99F3040FBCAB1388E22B436F03FA9E2FD7<br>File Hash: 0EE8A3CBCF4D26AE8CD0DB86EFA6BEBA369481150C7560A6787240DEFE9692B8 | 10/13/2024 03:17:31 | TushyRaw | 10/01/2024 | 10/16/2024 | PA0002494747 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: FFA7DF9159CD24AAF77D2FFA90B6C0897357409B<br>File Hash: 4EAB31A03A3F5D3FE1565C9CC42CF2F770F07FBD7302BBB32BBEBF2777ECCE56 | 10/12/2024 22:28:08 | TushyRaw | 09/17/2024 | 10/16/2024 | PA0002494722 |
| 13 | Info Hash: E0DF74D3D7E4F9A54DD02CA099D473A51BF2282F<br>File Hash: 38BA8312CF3A3350AF82CFA288D7E604640FD06C569136BFE19F83961845CFB3 | 10/12/2024 21:46:32 | TushyRaw | 09/10/2024 | 09/18/2024 | PA0002490434 |
| 14 | Info Hash: 1D7C17072F65C52A3AAC0853A22C38D58DA09152<br>File Hash: E4F4D1B6F39D05A072F0886F2F430DF188710E11B8F686F594D6FFCDA11D6481 | 10/12/2024 21:18:25 | Tushy | 06/30/2024 | 07/15/2024 | PA0002480674 |
| 15 | Info Hash: 6F80ADC7AD78E41737CD90B771573DFE20CAA805<br>File Hash: B95D86D5D322D19688D940EEF4611BAED29DF0FC6ED5410602131A8AFCCFB68E | 10/12/2024 21:17:03 | Tushy | 09/22/2024 | 10/16/2024 | PA0002494781 |
| 16 | Info Hash: C454B2FF8FB588C05F9BC02D5F8DADD432B97FB3<br>File Hash: DA1EF287F24DA0F6C186AA174A799D19907BFE18A2DC0E774B4D1E9482C9762E | 10/12/2024 21:13:51 | Tushy | 07/14/2024 | 08/14/2024 | PA0002484875 |
| 17 | Info Hash: 5821B492293FBEA1E544890748C0744D8A5DA956<br>File Hash: 41BF30E4C5187887C163D70F7C31923F961B8C3B8C14FD028DC2386D7B73F461 | 10/12/2024 21:07:01 | TushyRaw | 09/24/2024 | 10/16/2024 | PA0002494730 |
| 18 | Info Hash: 4768D016046AA75B34F387F2EF3998A12904D60F<br>File Hash: 058CFD05700BAB3703C823E75F9DD788503D93AAD761578EC14E851D3B8A9E91 | 10/12/2024 19:45:13 | Tushy | 10/06/2024 | 10/16/2024 | PA0002494765 |
| 19 | Info Hash: ECFEE9A8313B2B8058F07C7AF90C6218EF8A4E45<br>File Hash: 91629A810A113C3F569AF6B039B5007F83B97452553058216B20D3D1AA4AD1F2 | 10/12/2024 19:15:31 | Vixen | 10/04/2024 | 10/16/2024 | PA0002494721 |
| 20 | Info Hash: 752E7DEB87A02334B5649EE1FC8F0D941D627158<br>File Hash: 71B09A393C031EA3C4E064DF8E2A8D683B27DDB53606D4942CBE12A690354ED8 | 10/11/2024 05:07:02 | Tushy | 08/19/2021 | 10/05/2021 | PA0002315293 |
| 21 | Info Hash: 324EC61E71465F4386CB6D0BEB19E8C18D533ABD<br>File Hash: 868D6D210F82788A4E0BC13A7CB5AE0D7C95BA237597E577C619A04A6DF583F0 | 10/11/2024 04:59:12 | Tushy | 06/25/2023 | 07/13/2023 | PA0002420342 |
| 22 | Info Hash: F54D83B07A67B42DD126288CCD96E26BD4E25316<br>File Hash: 1012A4034610D20C3D0A0A716FCF4FB6F493934658BAA3A9311C1E467DBDE5F8 | 10/11/2024 03:32:19 | Tushy | 09/20/2020 | 09/29/2020 | PA0002258683 |
| 23 | Info Hash: E8DE7DC8BC7EA1F1C4C8F28BC1C2842820BC5177<br>File Hash: 6AB8BC0859FB998C2B2ED4AF228B709E6C27B3FC7AB4124D501944F6145C94C3 | 10/11/2024 03:00:07 | Tushy | 08/25/2024 | 09/18/2024 | PA0002490453 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 52436851D35E085EAED35AA84CCF26E6F1D81393<br>File Hash:<br>B12EFA48025E7BE51B61118A9CA4DD7F69F6F9E2B09D5A7C9AD20B37C1F5298B | 10/11/2024 02:33:22 | Tushy | 04/16/2023 | 05/14/2023 | PA0002411274 |
| 25 | Info Hash: 09855072A84B4BBF2D6180DEFEC9F259DC6D31E6<br>File Hash:<br>A267716F682A0BB0C8391FCCB2CE8568AF6E03D0097BD537F5CB4ABA629C9ACB | 10/11/2024 02:29:38 | Vixen | 01/26/2024 | 02/13/2024 | PA0002454776 |
| 26 | Info Hash: 22927D14C0C31A6E0B0794F236A36905D126CD21<br>File Hash:<br>573FECFABEFF986D9A03896CC8C72E3D5EECA7AFC2F0924D02F5ADEEE3919F05 | 10/06/2024 19:26:46 | Tushy | 05/26/2024 | 06/19/2024 | PA0002476873 |
| 27 | Info Hash: 4A7E50403E077C6CFE5F4E27B9107F54F465601D<br>File Hash:<br>5191421E1753A446B96ADE902B5C16723834281B47CEA111A8F7C3D1ACEEE4EC | 10/06/2024 19:23:24 | Tushy | 11/21/2021 | 12/09/2021 | PA0002325830 |
| 28 | Info Hash: EF191B41C53BEDFDF19A61DA811CC6639A4C4B81<br>File Hash:<br>12BEFA89F1500D283F73638683D2D0100C4D058FCD1116540CE7557C113ACA85 | 10/06/2024 18:21:16 | Vixen | 09/06/2024 | 09/18/2024 | PA0002490437 |
| 29 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash:<br>E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 10/06/2024 17:10:09 | Vixen | 01/21/2022 | 02/14/2022 | PA0002335466 |
| 30 | Info Hash: 6C639AA8446F7F87521D3F3E65244D3164287F1A<br>File Hash:<br>4DEB83BF65F44F882F54385B87EC7169F82748E2F40DE7B3152E2B00BAC018EB | 10/06/2024 17:04:33 | Vixen | 05/19/2023 | 06/09/2023 | PA0002415364 |
| 31 | Info Hash: 46C0FC7763AA487666AB2F8B870C4D11037036D2<br>File Hash:<br>BBCB034F252A7BA389CCFE36B9986631E83A26F9B72C68799556AA13DF333340 | 09/25/2024 23:35:12 | Tushy | 08/04/2024 | 08/14/2024 | PA0002484839 |
| 32 | Info Hash: 556EBACF86AB28B054EE215F276F0B038CD9206F<br>File Hash:<br>04FF7F5E8307A1B54BAA98D04D14E9C82EDD3D8A6BF71E6F4E021A52D4E27452 | 09/25/2024 23:31:34 | Tushy | 09/08/2024 | 09/18/2024 | PA0002490458 |
| 33 | Info Hash: 3EB8A1EBCC3DA9C21D4C0B54A0FD25F0871C7CFD<br>File Hash:<br>00F2F6E51CCEC25AA7C7925E0F188CA16921A62E355ED921AD168ABD5DBB0723 | 09/25/2024 04:24:58 | Tushy | 09/15/2024 | 10/16/2024 | PA0002494784 |